# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE D. WALTON,<br>   Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) **JUDGMENT IN A CIVIL CASE**<br>) **CASE NO. 7:09-CV-112-D**<br>)<br>) |

**Decision by the Court:**

  IT IS ORDERED AND ADJUDGED that plaintiff's motion for judgment on the pleadings is GRANTED, defendant's motion for judgment on the pleadings is DENIED, and the action is REMANDED to the Commissioner for proceedings consistent with the Order entered on July 9, 2010 at docket entry #38.

  **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JULY 9, 2010**</u> WITH A COPY TO:

David L. Best (via CM/ECF Notice of Electronic Filing)
Jay C. Hinsley (via CM/ECF Notice of Electronic Filing)


<u>July 9, 2010</u>　　　　　　　　　　　　　　　DENNIS P. IAVARONE, Clerk
Date　　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina
　　　　　　　　　　　　　　　　　　　　　　<u>/s/ Debby Sawyer　　　　　　　</u>
_____　　　　　　　　　　　　　　　　　　(By) Deputy Clerk
Raleigh, North Carolina